O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALERIE LOPEZ, Appellant, | ) | Case No. SA CV 12-00040 DDP |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING APPEAL BECAUSE THE APPEAL IS BEFORE THE BANKRUPTCY APPELLATE PANEL** |
| v. | ) | |
| | ) | |
| WELLS FARGO BANK NA., Appellee, | ) | [Docket No. 10] |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   On December 19, 2011, Appellant Valerie Lopez ("Appellant") filed a Notice of Appeal from a bankruptcy court order.  The Ninth Circuit's Bankruptcy Appellate Panel ("BAP") then issued an Opening Letter and a Briefing Order for the appeal (BAP No. CC-11-1713). On January 4, 2011, the bankruptcy court also issued a Notice of Referral of Appeal and an Appeal Transmittal Form, indicating an appeal to the BAP.  On January 9, 2012, Appellant filed a Statement of Election/Designation of Interlocutory Appeal with this court. However, in the Statement, Appellant expressly elects to appeal to the BAP.

///

In sum, although Appellant appears to have mistakenly filed certain documents with this court, the record is clear that Appellant has appealed the bankruptcy court order to the BAP. See Fed. R. Bankr. P. 8001(e). The court therefore dismisses the appeal because the appeal is before the BAP.

IT IS SO ORDERED.

Dated: April 6, 2012

DEAN D. PREGERSON
United States District Judge