O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Valerie Lopez, | ) | Case No. SACV 12-00040 DDP |
| | ) | |
| Appellant, | ) | Order Continuing Appellant's |
| | ) | Opening Brief Filing Date |
| v. | ) | |
| | ) | [Docket No. 27 ] |
| Wells Fargo Bank NA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Because sufficient good cause has been shown, the Court continues Appellant Valerie Lopez's deadline for filing her opening brief to July 24, 2013.

IT IS SO ORDERED.

Dated: June 10, 2013

DEAN D. PREGERSON
United States District Judge